**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 10-00848 VAP (DTBx)                           Date:  July 26, 2010

Title:   JOO SHIK KIM -v- ISMAEL MENDIOLA, ELIZABETH MENDIOLA DOES 1 TO 10
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                               None Present
    Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR           ATTORNEYS PRESENT FOR
PLAINTIFFS:                                   DEFENDANTS:

    None                                                      None

PROCEEDINGS:       MINUTE ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF SAN BERNARDINO (IN CHAMBERS)

     On May 6, 2010, Plaintiff Joo Shik Kim ("Plaintiff") filed a complaint for unlawful detainer ("Complaint") against Defendants Ismael Mendiola and Elizabeth Mendiola (collectively, "Defendants").  On June 8, 2010, Defendants removed the action to this Court on the basis of federal question and diversity jurisdiction, 28 U.S.C. §§ 1331, 1332.  (<u>See</u> Not. of Removal at 2.)  On July 14, 2010, Plaintiff filed a motion to remand ("Motion") action to California Superior Court for San Bernardino County.

     Removal jurisdiction is governed by statute.  <u>See</u> 28 U.S.C. §1441, <u>et seq</u>.  The Ninth Circuit applies a strong presumption against removal jurisdiction, ensuring

MINUTES FORM 11                                   Initials of Deputy Clerk ___md___
CIVIL -- GEN                               Page 1

**EDCV 10-00848 VAP (DTBx)**
**JOO SHIK KIM v. ISMAEL MENDIOLA, ELIZABETH MENDIOLA**
**MINUTE ORDER of July 26, 2010**

"the defendant always has the burden of establishing that removal is proper." Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992) (citing Nishimoto v. Federman-- Bachrach & Assocs., 903 F.2d 709, 712 n.3 (9th Cir. 1990)); see also In re Ford Motor Co./Citibank (S.D.), N.A., 264 F.3d 952, 957 (9th Cir. 2001) ("The party asserting federal jurisdiction bears the burden of proving the case is properly in federal court."). "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c); see FW/PBS, Inc. v. Dallas, 493 U.S. 215, 231 (1990) ("federal courts are under an independent obligation to examine their own jurisdiction").

     Defendants allege one basis for removal is federal question jurisdiction, 28 U.S.C. § 1331, because the claims arose under federal law. (See Not. of Removal, at 2.) From the face of the Complaint, however, Plaintiff's only claim is for unlawful detainer, a California state law action. See Franchise Tax Bd. v. Constr. Laborers Trust, 463 U.S. 1, 10 (1983) (defendant may not remove case to federal court unless basis for federal jurisdiction apparent on the face of the complaint). Accordingly, Defendants have not shown the Court's jurisdiction based on federal question, 28 U.S.C. § 1331.

     Defendants also allege removal is proper on the basis of diversity jurisdiction, 28 U.S.C. § 1332. (See Not. of Removal at 2.) Upon review of the Complaint and the Notice of Removal, however, the Court finds no basis for diversity jurisdiction. Defendants allege "complete diversity" exists without providing support for such an allegation. (Id.) It appears, instead, that both parties are citizens of California. Moreover, Defendants do not explain how a case, filed by Plaintiff as one where damages are no more than $10,000, could be valued at $75,000 to meet the statutory requirements for diversity jurisdiction. See 28 U.S.C. § 1332.

     Defendants have not met their burden of establishing that the case is properly in federal court. Gaus, 980 F.2d at 566. Accordingly, the Court REMANDS the action to the Superior Court for the County of San Bernardino. The Court DENIES Plaintiff's Motion as moot.

     **IT IS SO ORDERED.**

**EDCV 10-00848 VAP (DTBx)**
**JOO SHIK KIM v. ISMAEL MENDIOLA, ELIZABETH MENDIOLA**
**MINUTE ORDER of July 26, 2010**